FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 JAN -6 AM 9: 19

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROSCOE MEDIOUS | * | CIVIL ACTION |
| VERSUS | * | NO: 10-0048 |
| ROBERT TANNER, WARDEN | * | SECTION: "D"(6) |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation filed by the plaintiff on December 23, 2010, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Roscoe Medious for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE**.

New Orleans, Louisiana, this ___5___ day of ___Jan___, 2010.

_B. J. McNamara_
UNITED STATES DISTRICT JUDGE